1

Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicant,*
*Jay Park*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | ) CASE NO. 5:25-mc-80005 |
| | ) |
| **JAY PARK,** | ) **DECLARATION OF JIHYUN WOO IN** |
| | ) **SUPPORT OF APPLICANT'S EX PARTE** |
| | ) **APPLICATION FOR AN ORDER** |
| Applicant. | ) **PUSUANT TO 28 U.S.C. § 1782** |
| | ) **AUTHORIZING DISCOVERY FOR USE** |
| | ) **IN A FOREIGN CIVIL PROCEEDING** |
| | ) |

I, Jihyun Woo, declare that:

1.     I am an attorney licensed to practice law in the Republic of Korea ("**Korea**") since 2016. I am a Partner at Shinwon LLC ("**Shinwon**"), a law firm in Seoul, Korea. I have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2.     I submit this declaration in support of the Applicant's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Civil Proceeding ("**Application**").

3.     Jay Park retained Shinwon to represent him in a matter involving anonymous person or entity associated with the YouTube handle @뿌링사무소 (″**Bburingsamuso**″) (″**YouTuber**″).

4.     On the YouTube platform, the YouTuber published a number of videos, community posts, and comments containing false, defamatory and/or harassing statements about

1
DECLARATION OF JIHYUN WOO

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

the Applicant.[1] I have reviewed the posts at issue in their original Korean language and the

Declaration of Jisu Lee, who further describes some of them. I agree with Jisu Lee that the words

and expressions used by the YouTuber appear to indicate that he or she is both a native Korean

speaker and located in Korea. I also agree that there is nothing to indicate that the YouTuber is

non-Korean citizens or that they reside outside of Korea.

     5.    On December 10, 2024, the Applicant filed a civil lawsuit against the YouTuber

in Korea for defamation pursuant to Articles 750 and 751 of the Civil Act of Korea ("Civil

Matter"). Applicant is claiming KRW 31,000,000 (approx. USD $21,100) against the Youtuber,

with interest accruing at 12% per annum from the date of the service of the civil complaint until

the date payment is made in full. I am the attorney of record for the Applicant in the Civil

Matter.

     6.    Articles 750 and 751 of the Civil Act ("민법" in the original Korean language)

states:[2]

> *Article 750 (Definition of Torts)*
>
> *Any person who causes losses to or inflicts injuries on another person by an unlawful act, intentionally or negligently, shall be bound to make compensation for damages arising therefrom.*
> *Article 751 (Compensation for Non-Economic Damages)*
>
> *(1) A person who has injured the person, liberty or fame of another or has inflicted any mental anguish to another person shall be liable to make compensation for damages arising therefrom.*
>
> *(2) The court may order the guilty party to discharge the compensation mentioned in paragraph (1) by periodical payments, and may order such guilty parties to offer reasonable security in order to insure his/her performance of such obligations.*

     7.    In Korea, the court conducts service of process based on the information provided

by the plaintiff. Without the YouTuber's personally identifiable information ("PII"), such as their

name(s), date(s) of birth, gender(s), phone number(s) and address(es), the Applicant will not be

---

[1] In Korea, it is generally illegal for an individual to defame, harass or otherwise make false allegations against another.
[2] English translation provided by Korea Legislation Research Institute available at https://www.law.go.kr/LSW/eng/engLsSc.do?menuId=2&section=lawNm&query=%EB%AF%BC%EB%B2%95+civil+act+&x=28&y=9.

DECLARATION OF JIHYUN WOO

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

1  able to provide the Korean civil court sufficient information to serve the civil complaint.

2  Therefore, the Applicant request Section 1782 discovery in order to proceed with the Civil

3  Matter.

4       8.     Because Google LLC ("**Google**") is not a party to the Civil Matter and the

5  Applicant seeks information held by Google in the United States ("**U.S.**"),[3] it is beyond the reach

6  of the Korean courts' jurisdiction.

7       9.     As an experienced attorney in Korea, I am aware that Korean courts are receptive

8  to receiving the U.S. federal courts' assistance in discovery, including through Section 1782

9       10.     I am not aware of any restrictions under Korean law that would limit or prevent

10  the U.S. federal courts from assisting the Applicant obtain evidence to identify the YouTuber for

11  use in a Korean court proceeding.

12       11.     Additionally, I am not aware of any restrictions under Korean law that would

13  limit or otherwise prevent the Applicant from gathering evidence under Section 1782 in the

14  manner proposed and for the reasons stated in the Application.

15       12.     The Applicant is not attempting to circumvent any foreign proof-gathering

16  restrictions or policies of Korea or the U.S. Based on my experience and knowledge, the

17  requested PII is admissible in the Civil Matter.

18       13.     Based upon the foregoing, the Applicant seeks information that is critical to the

19  Civil Matter in Korea, and the proposed subpoena is narrowly tailored and limited to seek

20  information that is needed to identify the anonymous YouTuber. I am informed and believe that

21  Google maintains the requested information in its regular course of business.

22       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

23  United States of America that the foregoing is true and correct.

24

25    Executed on January 7, 2025

26                               Jihyun Woo

27  _____
[3] Google's principal office is located at 1600 Amphitheatre Parkway, Mountain View, California 94043; attached as
28  **Exhibit 1** is a true and a correct copy of Google's Statement of Information filed with the Office of the California
Secretary of State on September 7, 2023.

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

3
DECLARATION OF JIHYUN WOO

# EXHIBIT 1

BA20231413505

B2094-5690 09/07/2023 10:26 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20231413505

Date Filed: 9/7/2023

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | GOOGLE LLC |
| Entity No. | 201727810678 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| Attention | Attn: Legal Dept. |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| XXVI Holdings Inc. | 1600 Amphitheatre Parkway Mountain View, CA 94043 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | TECHNOLOGY COMPANY |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
| --- | --- |
| Sundar Pichai | 1600 Amphitheatre Parkway Mountain View, CA 94043 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Kenneth H. Yi*                                      *09/07/2023*

Signature                                            Date

B2094-5691 09/07/2023 10:26 AM Received by California Secretary of State